Kelvin J. MILES, Appellant

v.

Frank BURGESS, Public Defender, DC, et al. Appellees

No. 00–7174.

United States Court of Appeals, District of Columbia Circuit.

Jan. 25, 2001.

Before EDWARDS, Chief Judge; SENTELLE and HENDERSON, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed June 19, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

John Paul TURNER, Appellant

v.

BUREAU OF ALCOHOL, Tobacco and Firearms, Appellee

No. 00–5279.

United States Court of Appeals, District of Columbia Circuit.

Jan. 25, 2001.

Before EDWARDS, Chief Judge; SENTELLE and HENDERSON, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's orders filed June 19, 2000, and July 24, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.